[No. 36085-0-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHAWN VANELL PIPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05429-1, Arthur E. Piehler, J., entered February 6, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36154-6-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
PETER MANNING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04156-8, Ricardo S. Martinez, J., entered January 28, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36252-6-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
J.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-01961-1, Jack Richey, J. Pro Tem., entered February 9, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid and Becker, JJ.

[Nos. 36512-6-I; 37617-9-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
KANWARJIT SINGH, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
KANWARJIT SINGH, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05524-9, Faith Enyeart Ireland, J., entered March 3, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.